# Court of Appeals
# of the State of Georgia

ATLANTA,___March 13, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A0507.  SEMAN et al. v. STONECREST MALL SPE, LLC.**

Upon consideration of Appellants' "DISMISSAL OF APPEAL" as a MOTION TO WITHDRAW APPEAL, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_03/13/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*